SARAH A. PECK, as Committee of the Person and Estate of FLORA BELL PECK, an Incompetent Person, Respondent, *v.* BURDICK & SON, Appellant.

*Peck v. Burdick & Son*, 166 App. Div. 362, affirmed.

(Submitted February 8, 1918; decided February 26, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 9, 1915, affirming a judgment in favor of

plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff's incompetent through the alleged negligence of defendant, her employer. The incompetent while operating a machine in defendant's factory was injured through the slipping of a lever from a hook. The question on appeal was as to the propriety of receiving in evidence an answer to a hypothetical question as to whether the injuries complained of caused subsequent insanity.

*Louis F. O' Neill* for appellant.
*John J. Scully* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.